**SANDERS LAW GROUP**
Craig B. Sanders (Cal Bar 284397)
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*
File No.: 125841

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Hames,<br>　　　　Plaintiff,<br><br>　　v.<br><br>LiveONe, Inc.,<br>　　　　Defendant, | Case No: 2:22-cv-05973-RSWL-MRW<br>**RETURNED SUMMONS** |

DATED: September 6, 2022

　　　　　　　　　　　　　　　　**SANDERS LAW GROUP**

　　　　　　　　　　　　　　　　By: */s/ Craig B. Sanders*
　　　　　　　　　　　　　　　　Craig B. Sanders, Esq.
　　　　　　　　　　　　　　　　333 Earle Ovington Boulevard, Suite 402
　　　　　　　　　　　　　　　　Uniondale, NY 11553
　　　　　　　　　　　　　　　　Tel: (516) 203-7600
　　　　　　　　　　　　　　　　Email: csanders@sanderslaw.group
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　File No.: 125841

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Craig B. Sanders SBN 284397<br>Sanders Law Group<br>333 Earle Ovington Blvd Ste 402<br>Uniondale, NY 11553<br>ATTORNEY FOR Plaintiff | TELEPHONE NUMBER<br>(516) 203-7600 | FOR COURT USE ONLY |
|---|---|---|
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>William Hames v. LiveOne, Inc. | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>2:22-cv-05973-RSWL-MRW |
| **Declaration of Service** | | Ref. No. or File No:<br>2:22-cv-05973-RSWL-MRW |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Exhibit 1-2; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge**

On: LiveOne, Inc.

I served the summons at:

330 N Brand Blvd Ste 700, Glendale, CA 91203

On: 8/31/2022   Date: 11:35 AM

In the above mentioned action by personally serving to and leaving with
**Daisy Montenegro - Intake Specialist**

Description:

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **BRUCE ANDERSON** - Registration: **2016038557** - County: **Los Angeles**
b. Address: **31 N 2nd St 200, San Jose, CA 95113**
c. Telephone number: **408-291-5000**
d. **The fee** for this service was:
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

BRUCE ANDERSON   Date: 08/31/2022
Declaration of Service   Invoice #: 6369816