SANDERS LAW GROUP
Craig Sanders, Esq. (Cal Bar 284397)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 125841
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Hames,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>LiveOne, Inc.,<br><br>　　　　　Defendant(s). | Case No. 2:22-cv-05973-RSWL-MRW<br><br>**PLAINTIFF'S REQUEST<br>FOR ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff William Hames ("Plaintiff"), hereby requests that the Clerk of the Court enter default against defendant LiveOne, Inc. ("Defendant"), on the ground that said Defendant has failed to appear or otherwise respond to Plaintiff's Summons & Complaint ("Complaint") within the time prescribed by Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

On August 31, 2022, a true and correct copy of the Summons, Civil Cover Sheet and Complaint were served upon the Defendant (Dkt. No. 10). Defendant was required to file an answer or responsive pleading in this action on or before September 21, 2022. (*Id.*) To date, however, Defendant has failed to file any responsive pleading or otherwise appear in this action, and Defendant has not requested any extension of time to respond. Therefore, Plaintiff hereby respectfully

requests that the Clerk enter a Certificate of Default against Defendant.

The above-stated facts are set forth in the accompanying Declaration of Craig B. Sanders, filed herewith.

Dated: March 7, 2023

**SANDERS LAW GROUP**

By: /s/ Craig Sanders
Craig Sanders, Esq. (Cal Bar 284397)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 125841
*Attorneys for Plaintiff*

To:

LiveOne, Inc.
269 South Beverley Drive, Suite 1450
Beverly Hills, California 90212