Craig Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 125841
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| William Hames, | |
|---|---|
| Plaintiff(s), | Case No: 2:22-cv-05973-RSWL-MRW |
| v. | |
| LiveOne, Inc., | |
| Defendant(s). | |

I hereby certify that on March 7, 2023 a copy of the foregoing Request for Entry of Default and Declaration in Support of Plaintiff's Request for Entry of Default were filed electronically and were served on Defendant, LiveOne, Inc., by mail at:

LiveOne, Inc.
269 South Beverley Drive, Suite 1450
Beverly Hills, California 90212

Notice of this filing will be also sent by e-mail to all attorneys of record for the parties by operation of the Court's electronic filing system.

*/s/ Craig B. Sanders*
Craig B. Sanders, Esq.

CERTIFICATE OF SERVICE
Case No. 2:22-cv-05973-RSWL-MRW